**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-2501**

---

STEVEN L. JONES,

Plaintiff - Appellant,

v.

BALTIMORE CITY COMMUNITY COLLEGE, and Agents/Employees thereof,

Defendant - Appellee,

and

CAROLANE WILLIAMS, President Baltimore City Community College; KIM JAMES, Vice President Baltimore City Community College; ALVIN WINKLER, Chief of Public Safety; TONY WARNER, Director of Human Resources Baltimore City Community College; GARLAND WILLIAMS, President Board of Trustees Baltimore City Community College; BRYAN BERRY, Attorney; MAUREEN DAVID, Attorney,

Defendants.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (1:11-cv-00793-CCB)

---

Submitted: April 30, 2013          Decided: May 2, 2013

---

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

Steven L. Jones, Appellant Pro Se. Steven Marshall Sullivan, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven L. Jones appeals the district court's order dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Baltimore City Cmty. Coll., No. 1:11-cv-00793-CCB (D. Md. Nov. 16, 2012; Sept. 25, 2012; Oct. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED